FILED
2009 JUL -7 PM 12:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 00 CR 09- 00638 |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | [26 U.S.C. § 7206(2): Aiding in the Preparation and Presentation of Fraudulent Return] |
| JAMES O. SWIFT, ) | |
| Defendant. ) | |

The United States Attorney charges:

COUNT ONE

[26, U.S.C. § 7206(2)]

On or about June 30, 2004, in Los Angeles County, within the Central District of California, defendant JAMES O. SWIFT ("SWIFT") did willfully aid, assist, procure, counsel and advise two individuals, J.W. and D.W., in the preparation of a United States Individual Income Tax Return, Form 1040, that was false and fraudulent as to a material matter. Specifically, defendant SWIFT caused a Form 1040 for J.W. and D.W. to be prepared, which was subsequently submitted to the Internal Revenue Service, that

PHR:phr

1 | falsely reported that J.W. and D.W. had paid $85,360 in home
2 | mortgage interest and personal property taxes, when, in fact, as
3 | defendant SWIFT knew, J.W. and D.W. had not made such payments.

COUNT TWO

[26 U.S.C. § 7206(2)]

On or about April 15, 2005, in Los Angeles County, within the Central District of California, defendant JAMES O. SWIFT ("SWIFT") did willfully aid, assist, procure, counsel and advise two individuals, S.C. and M.C., in the preparation of a United States Individual Income Tax Return, Form 1040, that was false and fraudulent as to a material matter. Specifically, defendant SWIFT caused a Form 1040 for S.C. and M.C. to be prepared, which was subsequently submitted to the Internal Revenue Service, that falsely reported that S.C. and M.C. had paid $442,653 in gifts to charity and home mortgage interest payments, when, in fact, as defendant SWIFT knew, S.C. and M.C. had not made such gifts or made such payments.

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

SANDRA R. BROWN
Assistant United States Attorney
Chief, Criminal Division

PAUL H. ROCHMES
Assistant United States Attorney